# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:21-CR-49-MHT-JTA |
| ) | |
| WILLIAM RICHARD CARTER, JR. ) | |

### RESPONSE TO GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

**COMES NOW** the Undersigned Counsel, Stephen P. Ganter, and RESPONDS to the Government's Motion for a Protective Order. (Doc. 10). Based on the Government's representations, undersigned counsel has no objection to the proposed Protective Order.

Dated this 1st day of March 2021.

Respectfully submitted,

s/ Stephen Ganter
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:21-CR-49-MHT-JTA** |
| ) | |
| **WILLIAM RICHARD CARTER, JR.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org