# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:21-CR-49-MHT-JTA |
| | ) |
| WILLIAM RICHARD CARTER, JR. | ) |

**RESPONSE TO GOVERNMENT'S MOTION TO MODIFY
STANDING ORDER ON CRIMINAL DISCOVERY**

**COMES NOW** the Undersigned Counsel, Stephen P. Ganter, and Responds to the Government's Motion to Modify the Court's Standing Order on Criminal Discovery (Doc. 9). The undersigned has no objection to the Government's Motion.

Dated this 1st day of March, 2021.

Respectfully submitted,

s/ Stephen Ganter
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   Case No.: 2:21-CR-49-MHT-JTA |
| | ) |
| **WILLIAM RICHARD CARTER, JR.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org