IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:21-CR-49-MHT-JTA |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

## **ORDER**

Upon consideration of the defendant's waiver of personal appearance at arraignment and entry of plea of not guilty (Doc. No. 70), pursuant to Fed. R. Crim. P. 10(b), (c), and for good cause, it is

ORDERED that the waiver is ACCEPTED.

DONE this 4th day of March, 2021.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE