IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No.: 2:21-CR-49-MHT-JTA |
| | ) |
| WILLIAM RICHARD CARTER, JR. | ) |

## MOTION TO SEAL

**COMES NOW,** the Defendant, William Carter, Jr., through undersigned counsel, and requests that this Court file under seal the Motion to Modify the Conditions of Pretrial Release. The Motion and the attached exhibits contain confidential and sensitive information.

Dated this 6th day of May 2021.

Respectfully submitted,

STEPHEN GANTER
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:21-CR-49-MHT-JTA |
| ) | |
| WILLIAM RICHARD CARTER, JR. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, the foregoing **Motion to Seal** was served on the Clerk of Court for filing purposes. A copy of the same has been served upon the following:

Jonathan Ross, AUSA
United States Attorney's Office
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org