IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.  2:21-cr-49-MHT-JTA |
| ) | |
| WILLIAM RICHARD CARTER, JR.  ) | |

**ORDER**

Upon consideration of the defendant's Motion to Modify Conditions of Pretrial Release (Doc. No. 126, SEALED), filed on May 6, 2021, it is

ORDERED as follows:

1. The motion is set for oral argument by telephone on **May 10, 2021 at 2:00 p.m**.

2. The government shall show cause in writing why the motion should not be granted by **11:00 a.m.** on **May 10, 2021**.

3. Attorney E. Shane Black shall participate in the hearing.

4. The United States Probation Office shall participate in the hearing.

The Courtroom Deputy is DIRECTED to make arrangements for all parties to participate by providing the dial-in information for the hearing

DONE this 7th day of May, 2021.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE