IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

### REPLY TO DEFENDANT CARTER'S PETITION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Comes now the United States of America, by and through Verne H. Speirs, attorney for the United States acting under authority conferred by 28 U.S.C. § 515, and responds to the defendant's petition to modify the conditions of pretrial release. Doc. 126. The government does not oppose the defendant's request.

Respectfully submitted this 7th day of May, 2021.

    VERNE H. SPEIRS
    ATTORNEY FOR THE UNITED STATES
    ACTING UNDER AUTHORITY
    CONFERRED BY 28 U.S.C. § 515

    /s/ Alice S. LaCour
    Alice S. LaCour
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: alice.lacour@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Alice S. LaCour
Alice S. LaCour
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: alice.lacour@usdoj.gov