IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:21cr49-MHT
                              )
WILLIAM LEE HOLLADAY, III     )
DEBORAH IRBY HOLLADAY, and    )
WILLIAM RICHARD CARTER, JR.   )
```

PRETRIAL BRIEFING ORDER

The government and the defendants having informed the court that this case will likely go to trial, it is ORDERED that, 10 business days before the jury-selection date, they are each to file a brief (1) giving an overview of the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and, generally, how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 25th day of May, 2021.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE