IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:21-cr-49-MHT-JTA |
| ) | |
| WILLIAM LEE HOLLADAY, III ) | |
| DEBORAH IRBY HOLLADAY, and ) | |
| WILLIAM RICHARD CARTER, JR. ) | |

## ORDER

Based upon this court's order (Doc. No. 133) resetting the trial in the above-styled case for February 7, 2022, and for good cause, it is

ORDERED that a pretrial conference is set for December 8, 2021 at 2:00 P.M. by telephone. The Courtroom Deputy will provide the dial in information to the parties.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

DONE on this 26th day of May, 2021.

_/s/ Jerusha T. Adams_
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE