IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:21-CR-49-MHT-JTA |
| ) | |
| WILLIAM RICHARD CARTER, JR. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**NOW COMES** Undersigned Counsel, Stephen Ganter, and respectfully moves the Court for an order allowing Undersigned Counsel and the Federal Defenders to withdraw as appointed counsel for Defendant, **WILLIAM RICHARD CARTER, JR.**, because Mr. Carter has retained Alan Diamond, Kepler Funk, and Keith F. Szachacz to represent him.

**WHEREFORE**, Undersigned Counsel respectfully requests an order be issued relieving him and the Federal Defenders as counsel of record for Defendant.

Dated this 9th day of June, 2021.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-CR-49-MHT-JTA |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org