IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)   CRIMINAL ACTION NO.
      v.             )      2:21cr49-MHT
)
**WILLIAM RICHARD CARTER,** )
**JR.**

### ORDER

The parties having through e-mail informed the court that they have no objections to the court's provided Cover Letter, Ability-to-Serve Form, and Juror Questionnaire, it is ORDERED that the attached documents are approved.

DONE, this the 15th day of December, 2021.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**