Juror No.: _____

# UNITED STATES DISTRICT COURT
# JUROR QUESTIONNAIRE
# {CONFIDENTIAL}

In an effort to select fair and impartial juries, your cooperation is needed in answering the following questions. The information that you provide will be used by the judge and lawyers during the impaneling of a jury. Be sure to sign and date the questionnaire. It should then be returned to the court in the enclosed envelope by _____, 2022.

This questionnaire is provided to only attorneys and their agents who are actually involved in cases scheduled for trial. Those persons shall not disclose the information you provide, nor may they provide the information to anyone not involved as an attorney or authorized representative. It is important that you complete this entire questionnaire. If you do not answer any of the questions, the court may instead individually question you during the jury selection process about matters not completed.

<u>Remember, you are NOT to conduct any independent research in answering this questionnaire. You should not consult news sources or reference materials, search the internet, websites, blogs, or use any other electronic tools to obtain information about the case. You must answer the questions based on your memory and personally-possessed information alone. If you cannot answer a question without outside research, state "I don't know."</u>

## PERSONAL IDENTIFICATION

(1) Name: _____ Sex: _____

(2) Address: _____

(3) City: _____

(4) State: _____ Zip: _____

(5) Age: _____        (6) Place of Birth: _____

**Note:** If you are 70 years or older and wish to be excused from service and have so indicated on the "Ability to Serve Form" included with this questionnaire, you may stop completing this questionnaire. But if you are 70 years or older and wish to serve, you must complete this questionnaire. If you are requesting to be excused/deferred for any other reason, you must include a letter setting forth the reason(s) in detail and you must complete this questionnaire form. If you wish to be excused due to physical or mental infirmity, you must enclose a letter setting forth the physical or mental condition.

(7) Do you consider yourself: ___ African-American ____ Asian/Asian American

 ___ Caucasian ___ Hispanic ___ Native American ___ Other

1

(8) Do you have any physical or mental problems that might interfere with your service as a juror? ____ Yes ___ No If yes, describe: _____

_____

_____

(9) Do you have any religious, ethical, political, or philosophical beliefs that would prevent you from judging others and serving as a juror? ___ Yes ___ No
If yes, describe: _____

_____

(10) Are you taking any medications which by law must be prescribed by a physician? ___ Yes ___ No If yes, describe: _____

_____

_____

(11) Have you or any member of your family ever had a problem which you attribute to drugs or alcohol? ___ Yes ___ No
If yes, describe: _____

_____

_____

(12) Have you ever received or applied for any of the following benefits?
　　　___ Veteran's benefits ___ Social Security benefits ___ Welfare benefits
　　　___ Aid to Families with Dependent Children (AFDC) benefits
　　　___ Comprehensive Employment and Training Aid (CETA) benefits
　　　___ Unemployment benefits or compensation ___ Basic education grant(s)
　　　___ Educational scholarships ___ Any other federal, state or county benefits

(13) Jury selection and trial in this case will take place indoors, in a large courtroom in the federal courthouse. Given the COVID-19 pandemic, how concerned are you about attending jury selection or serving as a juror indoors with adequate protections such as mask wearing and distancing? ___ Very Concerned
___ Somewhat Concerned ___ Not Concerned

(14) Given the COVID-19 pandemic, how concerned are you about participating in essential indoor activities with adequate protections such as mask wearing and distancing, such as grocery shopping or doctor visits? ___ Very Concerned ___ Somewhat Concerned ___ Not Concerned

(15) Because of the COVID-19 pandemic, some people now wear masks in indoor public spaces, such as grocery stores, shopping malls, and restaurants. Do you strongly oppose, somewhat oppose, somewhat support, or strongly support masks being worn in indoor public spaces? ___ Strongly Oppose ___ Somewhat Oppose ___ Somewhat Support ___ Strongly Support

(16) Do you believe that you are in a high-risk category for severe illness from COVID-19, due to your age and/or health conditions? ___ Yes ___ No
If you believe you are in a high-risk category due to health conditions, please describe those conditions: _____
_____

(17) Do you believe that anyone in your home or anyone with whom you come into frequent contact, such as a close relative or friend, is in a high-risk category for severe illness from COVID-19? ___ Yes ___ No
If yes, would you be able to quarantine from this person or persons if you were selected as a juror in this case? ___ Yes ___ No

(18) Would the use of special protective measures during jury selection and trial in this case, such as masks, social distancing, and clear plastic barriers, affect your ability to be a fair and impartial juror? ___ Yes ___ No

## **RESIDENCE**

(19) City/Town: _____ County: _____
(20) Do you: ___ own home, ___ rent home, ___ rent apartment, ___ live with parents/relative and/or ___ live with friends.
(21) Is your current address in a: ___ rural or ___ urban area?
(22) How long have you lived at your current address? Years _____ Months _____

(23) What other addresses have you had in the last 5 years?

_____

_____

_____

_____

_____

(24) Estimated number of miles **round trip** from your home to the courthouse to which you are summoned: _____ miles

## MARITAL STATUS

(25) ___ Never married ___ Married to your current spouse for _____ years

      ___ Separated ___ Divorced in _____

      ___ Widowed in _____

## CURRENT SPOUSE

(26) Spouse's name: _____ Age: _____

(27) Spouse's occupation: _____

(28) Spouse's place of work and business telephone: _____

_____

(29) Spouse's job description: _____

_____

_____

(30) Years spouse employed in present job: _____

(31) Spouse's highest education level completed _____

## CHILDREN
## (DO NOT LIST NAMES)

(32) Number of children: _____ boys, _____ girls

(33) List each child's (a) age, (b) occupation, (c) place of employment or school, and (d) city of residence: _____

_____

_____

4

(34) Have you or any member of your family been educated through home schooling? ___ Yes ___ No If yes, give:

Person's relationship to you: _____

Number of years educated through home schooling: _____

## SIBLINGS
## (DO NOT LIST NAMES)

(35) Number of siblings: _____ brothers _____ sisters

(36) List each sibling's (a) age, (b) occupation, (c) place of employment or school, and (d) city of residence: _____

_____

_____

_____

_____

## EDUCATION

(37) Last year of school completed: ___ elementary/grade, ___ junior high, ___ high school, ___ junior college, ___ vocational degree, ___ undergraduate degree, ___ graduate work, ___ postgraduate work, ___ other: _____

(38) Major area(s) of study: _____

_____

(39) Are you currently attending school? ___ Yes ___ No. If yes, where? _____

_____

_____

(40) Do you have any formal training in law? ___ Yes ___ No.

If yes, please describe: _____

_____

_____

## **EMPLOYMENT**

(41) Are you currently employed? ___ Yes ___ No

Your occupation: (If retired, your occupation prior to retirement) _____

_____

_____

(42) Place of employment and job description: _____

_____

_____

(43) Type of business: _____

(44) Daily shift hours: FROM: _____ TO: _____ Regular days off: _____

_____

(45) Total hours worked each week: _____

(46) Are you a salaried employee of the U.S. Government? ___ Yes ___ No

(47) Years employed in present job: _____

(48) Do you supervise others at this job, or have you supervised anyone in the past?
___ Yes, current job ___ Yes, past job ___ No   If yes, how many? _____

(49) Have you, any member of your family, or close friend ever worked in the educational field? ___ Yes ___ No  If yes, please describe: _____

_____

_____

(50) Have you, any member of your family, or close friend ever worked for the Alabama State Department of Education? ___ Yes ___ No If yes, please describe: _____

_____

_____

(51) Do you have any other jobs? ___ Yes ___ No  Describe what you do and place of employment._____

_____

_____

(52) What was your prior full-time occupation, if any? (include job descriptions and place of work). _____
_____
_____

(53) To which professional or occupational organization(s) do you belong? _____
_____
_____
_____

## PAST JURY SERVICE

(54) Have you ever served on a trial jury? ___ Yes ___ No

If yes, when, where and how many times? _____
_____
_____

(55)  Have you ever served on a grand jury? ___ Yes ___ No

If yes, when, where and how many times? _____
_____
_____

(56) Was your jury service: ___ criminal, ___ civil ___ both

(57) Have you ever served as Foreperson? ___ Yes ___ No

(58) How do you feel about your experience? _____
_____
_____

## LEGAL INVOLVEMENT

(59) Are you or any member of your family involved in any action currently pending in court? ___ Yes ___ No If yes, where? _____
_____
_____

(60) Have you ever been convicted of or pled guilty or *nolo contendere* to a felony charge? (A felony charge is a crime for which the punishment could be a year or more in prison). ___ Yes ___ No If yes, give details: _____

_____

_____

_____

(61) Have you or any member of your family ever been arrested or charged with a criminal offense? ___ Yes ___ No If yes, please give:
Person's relationship to you _____
Offense in which person was charged _____
Year when arrest or charge was made _____
Outcome of arrest or charge _____
Do you or did you have any concerns about the fairness of the police or prosecutor who handled the case? ___ Yes ___ No
If yes, please explain: _____

_____

(62) Have you or any member of your family ever been a victim of a crime?
___ Yes ___ No  If a family member was a victim of a crime, please give the person's relationship to you: _____
Describe incident: _____

(63) Have you or any member of your family ever sued or been sued by anyone in court?
___ Yes ___ No If yes, please:
 Describe the lawsuit: _____

_____

_____

_____

Give outcome: _____

_____

(64) Have you or any member of your family ever filed a claim of discrimination?
___ Yes ___ No If yes, please:
Describe claim: _____

_____

_____

Give outcome: _____

_____

(65) Have you or any member of your family ever had a claim of discrimination filed against you, him or her? ___ Yes ___ No If yes, please:
Describe claim: _____

_____

_____

Give outcome: _____

_____

(66) Have you or any member of your family ever filed for bankruptcy?
___ Yes ___ No If yes, please:
Describe type of bankruptcy: _____
Give outcome: _____

_____

(67) Have you or any member of your family consulted with a lawyer in the last five years? ___ Yes ___ No If yes, for what reason(s)? _____

_____

_____

(68) Have you ever appeared as a witness before a grand jury? ___ Yes ___ No
If yes, where and when? _____

_____

(69) Have you ever appeared as a witness in a criminal or civil case? ___ Yes ___ No
If yes, when, where and for which type: _____

_____

_____

_____

(70) Have you ever given a deposition (a statement under oath) in a legal proceeding? ___ Yes ___ No

## MILITARY SERVICE

(71) Have you ever served in the military? ___ Yes ___ No If yes:

What branch? _____

What was your main occupation while in the service? _____

_____

What was your highest rank? _____

How long did you serve? _____

Nature of your discharge? ___ Honorable ___ Less than honorable ___ Dishonorable

Served in combat?   ___ Yes ___ No

## LAW ENFORCEMENT

(72) Have you or any relatives or close friends ever worked in a law enforcement related job, such as police/sheriff, prison guard, court system, probation, security services, or military police? ___ Yes ___ No

If yes, what type of job? _____

_____

(73) Do you, any family member, or a close personal friend, have any relationship or connection whatsoever with the U.S. Attorney's Office in this or any other district, or the District Attorney's Office of this or any other county? ___ Yes ___ No

If yes, please explain: _____

_____
_____

## PERSONAL INTEREST

(74) List any hobbies, spare-time activities, or outside interests: _____

_____
_____

(75) What newspaper do you read most often? _____

(76) Do you subscribe? ___ Yes ___ No

  Sunday subscription only ___ Yes ___ No

**10**

(77) How often do you read it? ___ Once a week ___ 2-3 times a week ___ 4 or more times a week ___ Every day ___ Only when something special is reported ___ Sunday only

(78) What other newspapers do you read? _____

_____

(79) What television programs do you watch regularly? _____

_____

(80) How many times a week do you watch television news? _____

(81) What is your favorite radio station? _____

(82) Do you ever listen to talk radio programs? ___ Yes ___ No

If yes, list the ones you listen to most often: _____

_____

(83) List the magazines and periodicals you read: _____

_____

(84) What books, if any, have you read in the past year? _____

_____

(85) Are you registered to vote? ___ Yes ___ No

(86) Are there any bumper stickers on the car that you or your spouse drive?
___ Yes ___ No If yes, what do they say? _____

_____

(87) Do you have a personalized license plate? ___ Yes ___ No

If yes, what is it and what does it mean: _____

_____

(88) Do you have a home computer? ___ Yes ___ No

If yes, how often do you use it? _____

(89) Do you have internet access? ___ Yes ___ No

If yes, how often do you use it? _____

(90) What websites do you regularly visit? _____

_____

(91) What social media do you regularly use? _____

(92) Do you have email? ___ Yes ___ No

If yes, how often do you use it? _____

(93) Do you have a cell phone? ___ Yes ___ No

If yes, how often do you use it? _____

(94) Do you attend church, synagogue, or other religious facility once a month or more often? ___ Yes ___ No

If yes, name of church, synagogue or other facility: _____

(95) Please list any social, professional, civic, victim or civil liberties organizations that you are a member of: _____

_____

_____

Have you ever been an officer of any of these organizations? ___ Yes ___ No

If yes, which one(s) and what was your role? _____

_____

(96) Are you or any member of your family a member of any group which encourages strict enforcement of criminal laws or modification of our present laws such as Mothers Against Drunk Driving (MADD), Citizens Against Violence (CAV), *etc.*? ___ Yes ___ No

(97) Have you ever been employed or volunteered your time in a social work related job? ___ Yes ___ No If yes, please describe: _____

_____

_____

(98) Do you regularly volunteer? ___ Yes ___ No If yes, please describe: _____

_____

_____

(99) Do you smoke? ___ Yes ___ No

If yes, do you need to smoke more often than every two hours? ___ Yes ___ No

(100) Do you generally ___ respect or ___ not respect the Judicial System?

**OTHER INFORMATION**

The case for which you may serve is <u>United States v. Carter.</u> Remember, you are NOT to conduct any independent research in answering this questionnaire. You should not consult news sources or reference materials, search the internet, websites, blogs, or use any other electronic tools to obtain information about the case. You must answer the questions based on your memory and personally-possessed information alone. If you cannot answer a question without outside research, state "I don't know."

(101) Do you have particular feelings, one way or another, about private schools?
___ Yes ___ No If yes, what are they? _____
_____
_____

(102) Have you, your children, or grandchildren ever taken any K-12 classes online or any virtual courses? ___ Yes ___ No If yes, please describe: _____
_____
_____

(103) Do you have a negative view of online education or virtual courses? ___ Yes ___ No If yes, please describe:
_____
_____
_____

(104) Have you ever worked with a non-profit organization that promotes or facilities educational initiatives? ___ Yes ___ No If so, explain: _____
_____
_____

(105) You are being considered as a juror in a case in which the federal government brought charges against William Richard Carter, Jr. Have you read or heard any news stories about this case, discussed the case with anyone, or formed any opinion regarding the case? ___ Yes ___ No If yes, please explain: _____
_____

(106) Do you know William Richard Carter, Jr.? ___ Yes ___ No If yes, please explain how you know him: _____
_____

(107) Do you know William "Trey" Holladay? ___ Yes ___ No If yes, please explain how you know him: _____

_____

(108) Do you know Deborah Holladay? ___ Yes ___ No If yes, please explain how you know her: _____

_____

(109) Do you know Gregory Earl Corkren? ___ Yes ___ No If yes, please explain how you know him: _____

_____

(110) Do you know David Webb Tutt? ___ Yes ___ No If yes, please explain how you know him: _____

_____

(111) Do you know Thomas Michael Sisk? ___ Yes ___ No If yes, please explain how you know him: _____

_____

(112) Is there any additional information about you that the court should know? ___ Yes ___ No If yes, please explain: _____

_____

_____

UNDER PENALTY OF PERJURY, I DO HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL OF THE ANSWERS HEREIN GIVEN ARE TRUE AND CORRECT.

_____     _____
(SIGNATURE)                                                                                (DATE)