IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | |
| **WILLIAM RICHARD CARTER, JR.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the government's motion in limine to permit the use of summary exhibits (Doc. 200), it is ORDERED that defendant William Richard Carter, Jr. shall file a response to the motion by January 5, 2022, and the government may file a reply by January 12, 2022.

DONE, this the 22nd day of December, 2021.

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**