IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

## MOTION IN LIMINE TO PRE-ADMIT EXHIBITS

Comes now the United States of America, by and through Verne H. Speirs, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and files this motion in limine regarding the pre-admittance of exhibits at trial. The government has provided a full list of exhibits to the defense—exhibits 1 through 2,509 consisting of 4,276 total exhibits—as well as a list of exhibits the government intends to introduce at trial. After consultation, the parties have agreed to the authenticity and admissibility of all 4,276 exhibits. The government has conferred with defense counsel on this motion, and they do not oppose. Accordingly, the government asks the Court to pre-admit the above-referenced exhibits.

Respectfully submitted, this 27th day of December, 2021.

> VERNE H. SPEIRS
> ATTORNEY FOR THE UNITED STATES
> ACTING UNDER AUTHORITY
> CONFERRED BY 28 U.S.C. § 515
>
> /s/Brett J. Talley
> Brett J. Talley
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, Alabama 36104
> Phone: (334) 223-7280
> E-mail: brett.talley@usdoj.gov

/s/Alice S. LaCour
Alice S. LaCour
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
E-mail: alice.lacour@usdoj.gov

/s/Jonathan S. Ross
Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jonathan.ross@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Brett J. Talley
Brett J. Talley
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
E-mail: brett.talley@usdoj.gov

3