IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:21cr49-MHT
                            )
WILLIAM RICHARD CARTER,     )
JR.                         )

ORDER

Upon consideration of the government's motion in limine to pre-admit exhibits (Doc. 204), which it represents is unopposed, it is ORDERED that the motion is granted, and government exhibits 1 through 2,509 are admitted.

The courtroom deputy is DIRECTED to note the exhibits as admitted.

DONE, this the 4th day of January, 2022.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE