IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | |
| **WILLIAM RICHARD CARTER, JR.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the government's notice of intent to use 404(b) evidence (Doc. 203), it is ORDERED that defendant William Richard Carter, Jr. shall file a response to the notice by January 14, 2022, at noon, and the government shall file a reply by January 19, 2022, at noon.

DONE, this the 4th day of January, 2022.

                                                /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**