UNITED STATES DISTRICT COURT
MIDDLE DISTRICT ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

| | |
|---|---|
| v. ) | Case No. 2:21-cr-49-MHT-JTA (WO) |
| WILLIAM LEE HOLLADAY, III ) | |
| DEBORAH IRBY HOLLADAY ) | |
| **WILLIAM RICHARD CARTER, JR**. ) | |
| GREGORY EARL CORKREN ) | |
| DAVID WEBB TUTT ) | |
| THOMAS MICHAEL SISK ) | |

### DEFENDANT CARTER'S REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO PRESENT SUMMARY EXHIBITS.

**COMES NOW**, William Richard Carter, by and through Alan Diamond, Kepler B. Funk, and Keith Szachacz of Funk, Szachacz & Diamond, LLC., 3962 West Eau Gallie Blvd. Suite B, Melbourne, FL 32934 and files this request for an enlargement of time to respond to the government's Motion in Limine to Permit the Use of Summary Exhibits (Doc. 200). The basis for this request is as follows:

1. On December 22, 2021, the government filed a Motion in Limine to Permit the Use of Summary Exhibits.

2. The court ordered a response to be filed by January 5, 2022. (Doc. 201).

3. Your undersigned contacted counsel for the government to obtain a copy of the summary exhibits.

4. As of this date defendant has not received the exhibits.

5. At 3:32pm (EST) today, January 5, 2022, counsel for the government indicated that the summary exhibits that it proposes to use pursuant to Doc. 200 are enroute to defense counsel's office.

6. As a result, defendant Carter requests 5 business days from receipt of the summary exhibits to

   determine whether the defense will stipulate to their admission or file a response to the motion.

7. Your undersigned has contacted counsel for the government AUSA Ross and he has no objection to this request.


   **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the United State's Attorney's Office by CMECF delivery this 5th day of January, 2022.


   　　　　　　　　　　　　　　　　　__/s/ Alan Diamond_____

   **Alan S. Diamond, Esquire**
   **Kepler B. Funk, Esquire**
   **Keith F. Szachacz, Esquire**
   FUNK, SZACHACZ & DIAMOND, LLC
   3962 West Eau Gallie Blvd. Suite B.
   Melbourne, Florida 32934
   (321) 953-0104
   Florida Bar No. 0949698, 957781 & 973866
   alan@fsdcrimlaw.com; kep@fsdcrimlaw.com
   Attorneys for Defendant