IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

## MOTION TO DISMISS COUNT 111

Comes now the United States of America, by and through Verne H. Speirs, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and files this motion to dismiss a single count.  The government moves to dismiss with prejudice count 111.

Respectfully submitted, this 11th day of January, 2022.

    VERNE H. SPEIRS
    ATTORNEY FOR THE UNITED STATES
    ACTING UNDER AUTHORITY
    CONFERRED BY 28 U.S.C. § 515

    /s/Jonathan S. Ross
    Jonathan S. Ross
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: jonathan.ross@usdoj.gov

    /s/Alice S. LaCour
    Alice S. LaCour
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: alice.lacour@usdoj.gov

/s/Brett J. Talley
Brett J. Talley
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: brett.talley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Jonathan S. Ross
Jonathan S. Ross
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jonathan.ross@usdoj.gov

3