IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:21cr49-MHT
                            )            (WO)
WILLIAM RICHARD CARTER,     )
JR.                         )
```

### ORDER

It is ORDERED that the government's motion to dismiss count 111 (Doc. 217) is granted, and count 111 is dismissed from the indictment (Doc. 1) against defendant William Richard Carter, Jr., with prejudice. The court assumes that defendant Carter has no objection to the dismissal; however, if he does, he must file the objection within five business days of this order.  This case will proceed as to the remaining counts.

DONE, this the 12th day of January, 2022.

                                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE