IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:21cr49-MHT
                             )            (WO)
WILLIAM RICHARD CARTER,      )
JR.                          )
```

ORDER

Upon consideration of the government's motion in limine to permit the use of unredacted exhibits (Doc. 196), and based on the lack of opposition from defendant William Richard Carter, Jr., it is ORDERED that:

(1) The motion is granted.

(2) The government is to comply with the conditions it proposes to avoid compromising the privacy interests of third parties identified in the exhibits. Specifically, the government may show witnesses unredacted versions of the exhibits, ask questions of witnesses about unredacted versions, and provide the jury with unredacted versions, provided that the government must not use any publicly visible monitor or

screen to display any exhibit containing protected information; that the government must inform the court and all parties before it shows a witness an exhibit containing protected information; that the government must refrain from asking any question that contains any protected information or that calls for a witness to read aloud any protected information; and that the government must provide the court with redacted versions of all exhibits entered during the case so that such redacted exhibits may be made part of the record.

(3) To the extent that defense counsel uses the unredacted exhibits or questions witnesses about the unredacted exhibits, defense counsel must comply with the same conditions stated in ¶ 2 above.

DONE, this the 12th day of January, 2022.

                                            /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE