IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:21cr49-MHT
                              )
WILLIAM RICHARD CARTER,       )
JR.                           )
```

### ORDER

It is ORDERED that, by 5:00 p.m. on January 18, 2022, the government shall file a reply to defendant William Richard Carter, Jr.'s response (Doc. 215) to the order show cause why the government's motion in limine to permit the use of a redacted indictment and permit the jury to receive a copy of the redacted indictment during the trial (Doc. 205) should not be granted.

DONE, this the 14th day of January, 2022.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE