IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | **(WO)** |
| **WILLIAM RICHARD CARTER,** | ) | |
| **JR.** | ) | |

## ORDER

On March 13, 2020, the President of the United States declared a national emergency in response to the Coronavirus Disease 2019 ("COVID-19") pandemic. General Orders have been entered in response to the outbreak of COVID-19 within the Middle District of Alabama, and the threat to health and safety posed by the outbreak. *See, e.g.*, General Order, *In re: Use of Face Coverings or Masks in Courthouse due to Coronavirus (COVID-19)*, No. 2:20-mc-3910-ECM (M.D. Ala. Oct. 29, 2021) (Marks, C.J.) (Doc. 19). These General Orders have acknowledged the unprecedented nature of the Public Health Emergency caused by COVID-19, which continues to affect those in Montgomery County, as well

as the other counties in the Middle District of Alabama.

Accordingly, in order to protect jurors' safety and the safety of all trial participants with whom they may come into contact, it is ORDERED that the jurors in this case shall be partially sequestered and shall be kept in the custody of the United States Marshals Service during the hours that the trial is in session or as otherwise directed by the court.

It is further ORDERED as follows:

(1) The United States Marshals Service shall make arrangements and provide for adequate security for the jury in accordance with the United States Marshals Service Directives.

(2) The assigned United States Marshals Service personnel shall make certain that no member of the jury has any unauthorized in-person contact with any outside person during the hours that the trial is in session.

(3) The clerk of the court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for

meals for all jurors during the hours that the trial is in session until the conclusion of the trial.

DONE, this the 20th day of January, 2022.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**