**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | |
| **WILLIAM RICHARD CARTER,** | ) | |
| **JR.** | ) | |

**ORDER**

Based on the representations made on the record on January 20, 2022, it is ORDERED that there will be four alternates for trial.

DONE, this the 21st day of January, 2022.

                                          **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**