IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr49-MHT
                            )            (WO)
WILLIAM RICHARD CARTER,     )
JR.                         )
```

ORDER

Upon consideration of the government's motion in limine to permit the use of summary exhibits (Doc. 200), and based on the representations made on the record on January 20, 2022, and defendant William Richard Carter, Jr.'s response that he does not object to the use of the government's proposed summary exhibits, it is ORDERED that the motion is granted and the government's summary exhibits are admitted for the limited purpose of summarizing the content of documentation related to the flow of money associated with the alleged scheme.

It is further ORDERED that, upon request from a party prior to the government's use of the summary exhibits, the court will give the jury instruction it

typically gives to the effect that: "Certain charts or summaries have been received into evidence for the limited purpose of explaining or summarizing alleged facts disclosed by testimony and exhibits which are also in evidence in this case.  If you find that the charts or summaries, in whole or in part, accurately reflect other credible evidence in the case, you may rely on them to that extent.  But if you find that they, in whole or in part, do not accurately reflect other credible evidence in the case, then you are to disregard them to that extent." If a party has an objection to this instruction, that party should file the objection by no later than three business days before trial.

    DONE, this the 21st day of January, 2022.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**