IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )          2:21cr49-MHT
                            )
WILLIAM RICHARD CARTER,     )
JR.                         )
```

ORDER

In the indictment against defendant William Richard Carter, Jr., there are three forfeiture allegations, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B) and 28 U.S.C. § 2461.  It is ORDERED that, on or before 7:30 a.m. on January 26, 2022, the parties, after conferring with each other, shall submit statements as to how the forfeiture allegations should be resolved at trial:  by the jury during trial on the substantive counts; by the jury as a separate proceeding after a verdict, if it is guilty; by the court without the jury after a verdict, if it is guilty; or by some other procedure.

DONE, this the 24th day of January, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE