UNITED STATES DISTRICT COURT
MIDDLE DISTRICT ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:21-cr-49-MHT-JTA |
| ) | |
| WILLIAM LEE HOLLADAY, III ) | |
| DEBORAH IRBY HOLLADAY ) | |
| **WILLIAM RICHARD CARTER, JR**. ) | |
| GREGORY EARL CORKREN ) | |
| DAVID WEBB TUTT ) | |
| THOMAS MICHAEL SISK ) | |

### DEFENDANT CARTER'S UNOPPOSED STATEMENT RE: FORFEITURE ALLEGATION RESOLUTION

**COMES NOW**, William Richard Carter, by and through Kepler B. Funk, Alan Diamond, and Keith Szachacz of Funk, Szachacz & Diamond, LLC., 3962 West Eau Gallie Blvd. Suite B, Melbourne, FL 32934 and files this statement.

1. Document 236 orders that counsel confer and submit statement(s) as to how the forfeiture allegations should be resolved at trial.
2. Since the forfeiture issue is one of money and not property, Carter requests that the Court should resolve the forfeiture allegations without the jury after the verdict. (*See* generally Fed. Rule Crim. P. 32.2); *United States v. Curbelo*, 726 F.3d 1260 (11th Cir. 2013).
3. The Government agrees with the statement listed in #2 above.

**WHEREFORE**, Carter respectfully requests that the Court resolve the forfeiture allegations without the jury after the verdict, if necessary.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the United States Attorney's Office by CMECF delivery this 25th day of January 2022.

   /s/ Kepler B. Funk
**Kepler B. Funk, Esquire**
**Keith F. Szachacz, Esquire**
**Alan S. Diamond, Esquire**
FUNK, SZACHACZ & DIAMOND, LLC
3962 West Eau Gallie Blvd. Suite B.
Melbourne, Florida 32934
(321) 953-0104
Florida Bar No. 0949698, 957781 & 973866
alan@fsdcrimlaw.com; kep@fsdcrimlaw.com
Attorneys for Defendant CARTER