IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.  ) | 2:21cr49-MHT |
| ) | |
| WILLIAM RICHARD CARTER, ) | |
| JR.  ) | |

ORDER

Pursuant to the agreement of the parties set forth in defendant William Richard Carter, Jr.'s unopposed statement regarding forfeiture allegation resolution (Doc. 243), it is ORDERED that the forfeiture allegations in the indictment (Doc. 1) will be resolved by the court without the jury after the verdict, if resolution is necessary.

DONE, this the 25th day of January, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE