# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.    ) | **2:21cr49-MHT** |
| ) | |
| **WILLIAM RICHARD CARTER, JR.** ) | |

### ORDER

Based on the representations made by the parties during the video conference held on January 26, 2022, it is ORDERED that each side has 40 minutes for opening statements.

DONE, this the 26th day of January, 2022.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE