IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | |
| **WILLIAM RICHARD CARTER, JR.** | ) | |

ORDER

Based on the representations made by the parties during the video conference held on January 26, 2022, and pursuant to Federal Rule of Criminal Procedure 24(b)(2), it is ORDERED as follows:

(1) Ten peremptory strikes will be allotted to defendant William Richard Carter, Jr.

(2) Six peremptory strikes will be allotted to the government.

(3) Two additional peremptory strikes will be allotted to the government for selection of the four alternate jurors.

(4) Two additional peremptory strikes will be allotted to defendant Carter for the selection of the four alternate jurors.

DONE, this the 26th day of January, 2022.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**