IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | |
| **WILLIAM RICHARD CARTER,** | ) | |
| **JR.** | ) | |

### ORDER

It is ORDERED that the order requiring partial sequestration (Doc. 230) is vacated. The court will enter a new order shortly.

DONE, this the 2nd day of February, 2022.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**