IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | (WO) |
| **WILLIAM RICHARD CARTER,** | ) | |
| **JR.** | ) | |

**ORDER**

In light of the current conditions of high transmission of COVID-19 throughout the State of Alabama, *see* Alabama Department of Public Health, *Alabama's COVID-19 Dashboard Hub* (Feb. 2, 2022), https://alpublichealth.maps.arcgis.com/apps/MapSeries/index.html?appid=d84846411471404c83313bfe7ab2a367, and in order to reduce the chance of transmission of the virus during the trial proceedings, and thereby to protect the safety of courthouse personnel, participants in the trial, and the public and minimize the possibility of virus-related interruptions of the trial, it is ORDERED as follows:

(1) Unless given specific permission by the presiding judge, all participants in the trial must

wear a mask during the proceedings, except while speaking in open court, such as when standing and officially addressing the court, a witness, or the jury. Witnesses shall wear masks unless seated at the witness stand and testifying. All court personnel interacting with the jurors in any way shall wear a mask in the presence of jurors. The masks shall be N-95 or KN-95 masks and will be provided by the court.

(2) The clerk of court shall develop a protocol for the distribution of masks to trial participants, and for daily testing of all those who will be speaking during the trial (or who otherwise receive specific permission from the court to go maskless) and all court personnel who are participating in the trial or interacting with the jury.

(3) The clerk of court shall procure a sufficient number of testing kits and masks for the trial.

DONE, this the 2nd day of February, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE