IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | **(WO)** |
| **WILLIAM RICHARD CARTER,** | ) | |
| **JR.** | ) | |

ORDER ON JURY SEQUESTRATION AND SAFETY

On March 13, 2020, the President of the United States declared a national emergency in response to the Coronavirus Disease 2019 ("COVID-19") pandemic. General Orders have been entered in response to the outbreak of COVID-19 within the Middle District of Alabama, and the threat to health and safety posed by the outbreak. *See, e.g.*, General Order, In re: Criminal Proceedings by Video or Audio Conference, No. 2:20-mc-3910-ECM (M.D. Ala. December 7, 2021) (Marks, C.J.) (Doc. 20); General Order, *In re: Use of Face Coverings or Masks in Courthouse due to Coronavirus (COVID-19)*, No. 2:20-mc-3910-ECM (M.D. Ala. Oct. 29, 2021) (Marks, C.J.) (Doc. 19). These General Orders acknowledge the unprecedented nature of the Public

Health Emergency caused by COVID-19, which continues to affect those in Montgomery County, as well as the entire State of Alabama. *See* Alabama Department of Public Health, *Alabama's COVID-19 Dashboard Hub* (Feb. 2, 2022), https://alpublichealth.maps.arcgis.com/apps/MapSeries/index.html?appid=d84846411471404c83313bfe7ab2a367 (showing that every county in the State of Alabama is currently experiencing a high rate of transmission of COVID-19).

Accordingly, in order to protect jurors' safety and the safety of all trial participants with whom they may come into contact, and to avoid possible virus-related interruptions to the trial, it is ORDERED that the jurors in this case shall be partially sequestered and shall be kept in the custody of the United States Marshals Service during the hours that the trial is in session or as otherwise directed by the court.

It is further ORDERED as follows:

2

(1) The United States Marshals Service shall make arrangements and provide for adequate security for the jury in accordance with the United States Marshals Service Directives.

(2) The assigned United States Marshals Service personnel shall make certain that no member of the jury has any unauthorized in-person contact with any outside person during the hours that the trial is in session.

(3) The jurors shall wear masks while in the courthouse, except when speaking in court in response to a question from the presiding judge or an attorney, when eating or drinking (outside the courtroom), or otherwise authorized by the presiding judge.  The masks shall be N-95 or KN-95 masks and shall be provided by the court.

(4) The clerk of the court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for meals for all jurors during the hours that the trial is in session until the conclusion of the trial.

(5) The clerk of court shall, in coordination with the Marshals Service, develop a logistical plan for partial sequestration of the jury and coordinate reasonable accommodations to provide for the safety of the jurors during their time of service, including during mealtimes.

DONE, this the 2nd day of February, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE