IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

## **MOTION TO DISMISS COUNT**

Comes now the United States of America, by and through Verne H. Speirs, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and files this motion to dismiss with prejudice Count 70 in the indictment.

Respectfully submitted, this 14th day of February, 2022.

    VERNE H. SPEIRS
    ATTORNEY FOR THE UNITED STATES
    ACTING UNDER AUTHORITY
    CONFERRED BY 28 U.S.C. § 515

    /s/Jonathan S. Ross
    Jonathan S. Ross
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: jonathan.ross@usdoj.gov

    /s/Alice S. LaCour
    Alice S. LaCour
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: alice.lacour@usdoj.gov

/s/Brett J. Talley
Brett J. Talley
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: brett.talley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

           Respectfully submitted,

           /s/Jonathan S. Ross
           Jonathan S. Ross
           Assistant United States Attorney
           131 Clayton Street
           Montgomery, Alabama 36104
           Phone: (334) 223-7280
           Fax: (334) 223-7135
           E-mail: jonathan.ross@usdoj.gov