IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | **(WO)** |
| **WILLIAM RICHARD CARTER, JR.** | ) | |
| | ) | |

## ORDER

It is ORDERED that the government's motion to dismiss count 70 (Doc. 260) is granted, and count 70 is dismissed from the indictment (Doc. 1) against defendant William Richard Carter, Jr., with prejudice. The court confirmed with defendant Carter's lawyers that he has no objection to the dismissal. This case will proceed as to the remaining counts.

DONE, this the 15th day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**