IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | (WO) |
| **WILLIAM RICHARD CARTER, JR.** | ) | |
| | ) | |

### ORDER

It is ORDERED that the attached protocol, developed by the Deputy Clerk of the Court, shall apply to the trial of defendant William Richard Carter, Jr.

DONE, this the 18th day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**