**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr49-MHT** |
| | ) | **(WO)** |
| **WILLIAM RICHARD CARTER, JR.** | ) | |
| | ) | |

**ORDER**

It is ORDERED that the government's unopposed motion for enlargement of time for opening statements (Doc. 270) is granted. Each side will be allowed 60 minutes for opening statements.

DONE, this the 22nd day of February, 2022.

　　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**