IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:21cr49-MHT
                            )              (WO)
WILLIAM RICHARD CARTER,     )
JR.                         )
```

## ORDER

It is ORDERED that the joint motion in limine to preadmit exhibits (Doc. 271) is granted. The exhibits listed by both the government and defendant William Richard Carter, Jr. in the motion are preadmitted.

However, the exhibits noted in footnotes 1 and 2, to which there are objections, will be taken up during trial. The parties have the obligation to bring these exhibits to the court's attention, outside of the presence of jury and at an appropriate time, for a ruling.

DONE, this the 22nd day of February, 2022.

                                                   /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE