**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:21cr49-MHT** |
| ) | **(WO)** |
| **WILLIAM RICHARD CARTER,** ) | |
| **JR.** ) | |

**ORDER**

For the reasons stated on the record at the beginning of the trial on February 22, 2022, it is ORDERED that the government's motion in limine to exclude case agents from the rule of sequestration (Doc. 263) is granted.

DONE, this the 23rd day of February, 2022.

／s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**