IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | (WO) |
| WILLIAM RICHARD CARTER, JR. | ) | |
| | ) | |

ORDER

Based on the representations made on the record in open court, and pursuant to *United States v. Hewes*, 729 F.2d 1302, 1312 (11th Cir. 1984), it is ORDERED that:

(1) On or before noon on March 11, 2022, the government is to file a proposed opinion on whether the government had shown by a preponderance of the evidence all of the requisites for the admissibility of the co-conspirator statements, under Fed. R. Evid. 801(d)(2)(E), about which evidence has been received against defendant William Richard Carter, Jr. *See e.g.*, *United States v. McGregor*, 824 F. Supp. 2d 1339 (M.D. Ala. 2011) (Thompson, J.).

(2) On or before noon on March 14, 2022, defendant Carter may file a proposed opinion in response.

DONE, this the 7th day of March, 2022.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**