IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

<u>VERDICT AS TO DEFENDANT WILLIAM RICHARD CARTER, JR.</u>

1. As to Count 1, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    \_\_✓\_\_\_\_ GUILTY

If you find the defendant guilty, you must answer the following question (if you find the defendant not guilty, proceed to Count 2):

   We unanimously agree that the following were objects of the conspiracy (if answering the question, you may select either or both):

   \_\_✓\_\_\_\_ WIRE FRAUD

   _____ MAIL FRAUD

2. As to Count 2, we, the jury, find Defendant William Richard Carter, Jr.

    \_\_✓\_\_\_\_ NOT GUILTY

    _____ GUILTY

1

3. As to Count 3, we, the jury, find Defendant William Richard Carter, Jr.

       __√__ NOT GUILTY

       _____ GUILTY

4. As to Count 4, we, the jury, find Defendant William Richard Carter, Jr.

       __√__ NOT GUILTY

       _____ GUILTY

5. As to Count 5, we, the jury, find Defendant William Richard Carter, Jr.

       __√__ NOT GUILTY

       _____ GUILTY

6. As to Count 6, we, the jury, find Defendant William Richard Carter, Jr.

       __√__ NOT GUILTY

       _____ GUILTY

7. As to Count 7, we, the jury, find Defendant William Richard Carter, Jr.

       __√__ NOT GUILTY

       _____ GUILTY

8. As to Count 8, we, the jury, find Defendant William Richard Carter, Jr.

       __√__ NOT GUILTY

       _____ GUILTY

9. As to Count 9, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

10. As to Count 10, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

11. As to Count 11, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

12. As to Count 12, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

13. As to Count 13, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

14. As to Count 14, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

15. As to Count 15, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

16. As to Count 16, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

17. As to Count 17, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

18. As to Count 18, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

19. As to Count 19, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

20. As to Count 20, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

21. As to Count 21, we, the jury, find Defendant
    William Richard Carter, Jr.

    _____ NOT GUILTY
    ____✓____ GUILTY

22. As to Count 22, we, the jury, find Defendant
    William Richard Carter, Jr.

    ____✓____ NOT GUILTY
    _____ GUILTY

23. As to Count 23, we, the jury, find Defendant
    William Richard Carter, Jr.

    ____✓____ NOT GUILTY
    _____ GUILTY

24. As to Count 24, we, the jury, find Defendant
    William Richard Carter, Jr.

    ____✓____ NOT GUILTY
    _____ GUILTY

25. As to Count 25, we, the jury, find Defendant
    William Richard Carter, Jr.

    ____✓____ NOT GUILTY
    _____ GUILTY

26. As to Count 26, we, the jury, find Defendant
    William Richard Carter, Jr.

    ____✓____ NOT GUILTY
    _____ GUILTY

5

27. As to Count 27, we, the jury, find Defendant William Richard Carter, Jr.

   _____ NOT GUILTY
   ____✓____ GUILTY

28. As to Count 29, we, the jury, find Defendant William Richard Carter, Jr.

   ____✓____ NOT GUILTY
   _____ GUILTY

29. As to Count 30, we, the jury, find Defendant William Richard Carter, Jr.

   ____✓____ NOT GUILTY
   _____ GUILTY

30. As to Count 31, we, the jury, find Defendant William Richard Carter, Jr.

   _____ NOT GUILTY
   ____✓____ GUILTY

31. As to Count 32, we, the jury, find Defendant William Richard Carter, Jr.

   ____✓____ NOT GUILTY
   _____ GUILTY

32. As to Count 33, we, the jury, find Defendant William Richard Carter, Jr.

   ____✓____ NOT GUILTY
   _____ GUILTY

33. As to Count 34, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

34. As to Count 35, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    ____✓____ GUILTY

35. As to Count 36, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

36. As to Count 37, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

37. As to Count 38, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

38. As to Count 39, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

39. As to Count 40, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

40. As to Count 41, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

41. As to Count 42, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

42. As to Count 43, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

43. As to Count 44, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

44. As to Count 45, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

45. As to Count 46, we, the jury, find Defendant William Richard Carter, Jr.

      ✓    NOT GUILTY

 _____ GUILTY

46. As to Count 47, we, the jury, find Defendant William Richard Carter, Jr.

      ✓    NOT GUILTY

 _____ GUILTY

47. As to Count 48, we, the jury, find Defendant William Richard Carter, Jr.

      ✓    NOT GUILTY

 _____ GUILTY

48. As to Count 49, we, the jury, find Defendant William Richard Carter, Jr.

      ✓    NOT GUILTY

 _____ GUILTY

49. As to Count 50, we, the jury, find Defendant William Richard Carter, Jr.

      ✓    NOT GUILTY

 _____ GUILTY

50. As to Count 51, we, the jury, find Defendant William Richard Carter, Jr.

      ✓    NOT GUILTY

 _____ GUILTY

51. As to Count 52, we, the jury, find Defendant William Richard Carter, Jr.

    √ NOT GUILTY

    _____ GUILTY

52. As to Count 53, we, the jury, find Defendant William Richard Carter, Jr.

    √ NOT GUILTY

    _____ GUILTY

53. As to Count 54, we, the jury, find Defendant William Richard Carter, Jr.

    √ NOT GUILTY

    _____ GUILTY

54. As to Count 55, we, the jury, find Defendant William Richard Carter, Jr.

    √ NOT GUILTY

    _____ GUILTY

55. As to Count 56, we, the jury, find Defendant William Richard Carter, Jr.

    √ NOT GUILTY

    _____ GUILTY

56. As to Count 57, we, the jury, find Defendant William Richard Carter, Jr.

    √ NOT GUILTY

    _____ GUILTY

57. As to Count 58, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

58. As to Count 59, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

59. As to Count 60, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

60. As to Count 61, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

61. As to Count 62, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

62. As to Count 63, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

63. As to Count 64, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

64. As to Count 65, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

65. As to Count 66, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

66. As to Count 67, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

67. As to Count 68, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

68. As to Count 69, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

69. As to Count 71, we, the jury, find Defendant
    William Richard Carter, Jr.

    ✓ _____ NOT GUILTY

    _____ GUILTY

70. As to Count 72, we, the jury, find Defendant
    William Richard Carter, Jr.

    ✓ _____ NOT GUILTY

    _____ GUILTY

71. As to Count 73, we, the jury, find Defendant
    William Richard Carter, Jr.

    ✓ _____ NOT GUILTY

    _____ GUILTY

72. As to Count 74, we, the jury, find Defendant
    William Richard Carter, Jr.

    ✓ _____ NOT GUILTY

    _____ GUILTY

73. As to Count 75, we, the jury, find Defendant
    William Richard Carter, Jr.

    ✓ _____ NOT GUILTY

    _____ GUILTY

74. As to Count 76, we, the jury, find Defendant
    William Richard Carter, Jr.

    ✓ _____ NOT GUILTY

    _____ GUILTY

75. As to Count 77, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

76. As to Count 78, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

77. As to Count 86, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

78. As to Count 90, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

79. As to Count 92, we, the jury, find Defendant William Richard Carter, Jr.

    ____✓____ NOT GUILTY

    _____ GUILTY

80. As to Count 93, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

81. As to Count 94, we, the jury, find Defendant William Richard Carter, Jr.

	_____ NOT GUILTY

	_____ GUILTY

82. As to Count 95, we, the jury, find Defendant William Richard Carter, Jr.

	_____ NOT GUILTY

	_____ GUILTY

83. As to Count 96, we, the jury, find Defendant William Richard Carter, Jr.

	_____ NOT GUILTY

	_____ GUILTY

84. As to Count 97, we, the jury, find Defendant William Richard Carter, Jr.

	_____ NOT GUILTY

	_____ GUILTY

85. As to Count 98, we, the jury, find Defendant William Richard Carter, Jr.

	_____ NOT GUILTY

	_____ GUILTY

86. As to Count 99, we, the jury, find Defendant William Richard Carter, Jr.

	_____ NOT GUILTY

	_____ GUILTY

87. As to Count 100, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

88. As to Count 101, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

89. As to Count 102, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

90. As to Count 103, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

91. As to Count 104, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

92. As to Count 105, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

93. As to Count 106, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

94. As to Count 107, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

95. As to Count 108, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

96. As to Count 109, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

97. As to Count 110, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

98. As to Count 112, we, the jury, find Defendant William Richard Carter, Jr.

    _____ NOT GUILTY

    _____ GUILTY

99. As to Count 113, we, the jury, find Defendant William Richard Carter, Jr.

 _____ NOT GUILTY

 _____ GUILTY

100. As to Count 114, we, the jury, find Defendant William Richard Carter, Jr.

 _____ NOT GUILTY

 _____ GUILTY

101. As to Count 115, we, the jury, find Defendant William Richard Carter, Jr.

 _____ NOT GUILTY

 _____ GUILTY

102. As to Count 116, we, the jury, find Defendant William Richard Carter, Jr.

 _____ NOT GUILTY

 _____ GUILTY

103. As to Count 117, we, the jury, find Defendant William Richard Carter, Jr.

 _____ NOT GUILTY

 _____ GUILTY

104. As to Count 118, we, the jury, find Defendant William Richard Carter, Jr.

 _____ NOT GUILTY

 _____ GUILTY

105. As to Count 119, we, the jury, find Defendant William Richard Carter, Jr.

　　　　　　　_____ NOT GUILTY

　　　　　　　_____ GUILTY

106. As to Count 120, we, the jury, find Defendant William Richard Carter, Jr.

　　　　　　　_____ NOT GUILTY

　　　　　　　_____ GUILTY

107. As to Count 121, we, the jury, find Defendant William Richard Carter, Jr.

　　　　　　　_____ NOT GUILTY

　　　　　　　_____ GUILTY

108. As to Count 122, we, the jury, find Defendant William Richard Carter, Jr.

　　　　　　　_____ NOT GUILTY

　　　　　　　_____ GUILTY

109. As to Count 123, we, the jury, find Defendant William Richard Carter, Jr.

　　　　　　　_____ NOT GUILTY

　　　　　　　_____ GUILTY

110. As to Count 124, we, the jury, find Defendant William Richard Carter, Jr.

　　　　　　　_____ NOT GUILTY

　　　　　　　_____ GUILTY

111. As to Count 125, we, the jury, find Defendant William Richard Carter, Jr.

　　　_____ NOT GUILTY
　　　____/____ GUILTY

112. As to Count 126, we, the jury, find Defendant William Richard Carter, Jr.

　　　_____ NOT GUILTY
　　　_____ GUILTY

113. As to Count 127, we, the jury, find Defendant William Richard Carter, Jr.

　　　_____ NOT GUILTY
　　　_____ GUILTY

SO SAY WE ALL.

_____
　　　　　　　　　Foreperson

DATED: 9-18-2022