IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |
| | ) | |

## JOINT MOTION FOR LEAVE TO FILE OUT OF TIME

Comes now the United States of America, by and through Alice S. LaCour, Attorney for the United States Acting Pursuant to Authority Granted by 28 U.S.C. § 515 and the attorneys for Defendant William Richard Carter, Jr, and file this joint motion for leave to file out of time the parties' joint statement regarding restitution.

On March 21, 2022, the Court ordered the parties to confer on the issue of restitution, and, after doing so, by not later than April 11, 2022, to file either joint or separate statements on the issue. Doc. 305. Each party neglected to make a timely filing. The parties apologize to the Court for these errors. The parties have now conferred on the issue and ask the Court to accept the untimely joint statement, filed contemporaneously with this motion.

Respectfully submitted, this 12th day of April, 2022.

    ALICE S. LACOUR
    ATTORNEY FOR THE UNITED STATES
    ACTING UNDER AUTHORITY
    CONFERRED BY 28 U.S.C. § 515

    /s/ Jonathan S. Ross
    Jonathan S. Ross
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: jonathan.ross@usdoj.gov

/s/ Brett J. Talley
Brett J. Talley
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: brett.talley@usdoj.gov

/s/ Alan S. Diamond
Alan S. Diamond
Attorney for the Defendant
3962 W. Eau Gallie Blvd, Suite B
Melbourne, Florida 32934
Phone: (321) 360-4446
E-mail: Alan@fdscrimlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-CR-49-MHT-JTA-3 |
| | ) | |
| WILLIAM RICHARD CARTER, JR. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Respectfully submitted,

    /s/ Jonathan S. Ross
    Jonathan S. Ross
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: jonathan.ross@usdoj.gov