IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | |
| WILLIAM LEE HOLLADAY, III, | ) | |
| WILLIAM RICHARD CARTER, | ) | |
| JR., GREGORY EARL CORKREN, | ) | |
| DAVID WEBB TUTT, and | ) | |
| THOMAS MICHAEL SISK | ) | |

ORDER

Based on the representations made on the record in a proceeding regarding defendant William Richard Carter on April 13, 2022, it is ORDERED that the government and counsel for ALL FIVE DEFENDANTS, after conferring among themselves, are to submit to the court, by April 20, 2022, a proposed "game plan" (including opportunity to discuss settlement, briefing by parties, need for evidentiary hearing, and time for decision by court) for resolution of the issue of "restitution" (both actual and intended loss), as well as a plan for resolution of "forfeiture," for all defendants. If it is necessary to postpone (or not postpone) a sentencing

the game plan should include such. Also, the game plan should indicate the government's position of whether "relevant conduct" plays a role in determining restitution--actual loss, intended loss, or both.

If the parties cannot agree on one game plan, they may submit separate ones.

DONE, this the 13th day of April, 2022.

                                           /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**