IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:21cr49-MHT
                            )
WILLIAM RICHARD CARTER,     )
JR.                         )
```

ORDER

Upon consideration of the government's motion for a forfeiture money judgment (Doc. 330), it is ORDERED that:

(1) Defendant William Richard Carter, Jr. shall file a response to the motion by May 26, 2022. The government may file a reply by June 2, 2022.

(2) A hearing on the motion is set for June 7, 2022, at 1 p.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(3) The hearing may be held videoconferencing if the parties jointly file, five business days

beforehand, a notice that they both agree to proceed by videoconferencing.

DONE, this the 12th day of May, 2022.

                                                 /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE