IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.   ) | 2:21cr49-MHT |
| ) | (WO) |
| WILLIAM RICHARD CARTER, ) | |
| JR.   ) | |

### ORDER

Because the court has concluded that defendant William Richard Carter, Jr.'s motion for a new trial should be denied, and because defendant Carter should be informed of this immediately, it is ORDERED that defendant William Richard Carter, Jr.'s motion for a new trial (Doc. 309) is denied, with an opinion setting forth the court's reasons to follow.

DONE, this the 30th day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE