IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | (WO) |
| WILLIAM RICHARD CARTER, JR. | ) | |

### ORDER

At the oral request of defense counsel at a hearing on September 14, 2022, it is ORDERED that date for defendant William Richard Carter, Jr., to self-surrender to the designated BOP institution, now set for October 5, 2022, is continued to on or before December 9, 2022, at 2:00 p.m., so that he may keep his current medical appointments as to whether he has long COVID or multiple sclerosis.

DONE, this the 22nd day of September, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE